# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

LANGFORD CONSTRUCTION CO.

      VS                                        CASE NO.  3:05cv388/MCR/MD

CARSON-LOVELL, INC. and CARSON
CONSTRUCTION, INC.

## REFERRAL AND ORDER

Referred to Magistrate Judge Davis on <u>August 16, 2006</u>
Type of Motion/Pleading: <u>Motion to Compel Production of Documents or</u>
<u>in the Alternative for Sanctions due to Spoliation of Documents</u>
Filed by: <u>Plaintiff</u>            on <u>8/15/06</u>      Document  <u>23</u>
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
<u>Defendants</u>              on <u>8/25/06</u>    Doc.# <u>25</u>
                                 on _____ Doc.#
                               WILLIAM M. McCOOL, CLERK OF COURT

                                 *s/ Elizabeth Cooley*
                                 Deputy Clerk: Elizabeth Cooley

## ORDER

Upon consideration of the foregoing, it is ORDERED this 28th day of August, 2006, that:

(a)  The requested relief is DENIED.

(b)  Defendants maintain that no described documents exist.  That may ultimately be a matter for the jury to consider, but it is not the function of this court to make credibility determinations on this issue.

(c)   Defendants' request for sanctions is denied.  Had they made the full disclosure of facts to opposing counsel during the Loc. R. 7.1 conference that they have made in their response, the motion likely would not have been filed.

                        /s/ *Miles Davis*

                        MILES DAVIS
Entered On Docket: _____ By: __UNITED STATES MAGISTRATE JUDGE
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

_____

_____

Document No.